SPROULL, ADMINISTRATOR, *vs.* SEAY.

CASE, FROM FLOYD. Administrators and Executors. Sales. Damages. (Before
Judge Branham.)

Blandford, J.—1. When this case was here at the last. term, on
substantially the same facts as are now brought up, this court held that
it was error to award a non-suit ; that an administrator can recover
from a bidder at his sale, who fails to comply with his bid, the differ-
ence between the amount bid and what the land subsequently sold for;
that if the second sale be delayed at the instance of the bidder, this de-
lay will not relieve him ; and that, if the second bidder does not comply
with his bid, and the property is sold a third time, and the last sale is
delayed at the instance of the first bidder, he will still be liable for the
difference between what the property brought at the last sale and the
amount of his bid at the first sale.

2. It was error to charge, in effect, that if the bidder at the second
sale bid for himself, and not as agent of the bidder at the first sale, then
the administrator could not recover. The liability of the bidder at the
first sale continued until the final sale, the bidder at the second sale hav-
ing refused to comply with his bid ; and when the sale was completed
and the terms complied with by the bidder, then the measure of the first

bidder's liability was fixed at the difference between his bid and what the property brought at the final sale.

3. Whether a delay in offering the property for sale a second time, when it has once been offered and the bidder has refused to comply with his bid, is unreasonable or not, is a mixed question of law and fact; to be determined by the jury under proper instructions from the court, and it is error for the court to determine this question himself.

Judgment reversed.

, Dabney & Fouche, for plaintiff in error.

Wright, Meyerhardt & Wright, for defendant.